David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Unit 100
Santa Monica, California 90405
Tel: (818) 990-1299
Fax: (818) 501-7852

*Attorneys for Plaintiff*

Tyler G. Newby (SBN 205790)
tnewby@fenwick.com
Angel Chiang (SBN 280546)
achiang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant*

IT IS SO ORDERED
Judge Edward J. Davila
DATED: August 24, 2015

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GLEN HARNISH, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLY CO., a Delaware corporation,<br><br>Defendant. | Case No. 5:14-CV-02321-EJD<br><br>**JOINT STIPULATION OF CASE DISMISSAL**<br><br>Hon. Edward J. Davila<br><br>Magistrate Judge Paul Singh Grewal |

IT IS HEREBY STIPULATED by and between Plaintiff Glen Harnish ("Plaintiff"), and Defendant Frankly Co. ("Defendant"), through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action shall be, and is, dismissed with prejudice and without an award of fees or costs to any party as to all claims

1  asserted by Plaintiff against Defendant on an individual basis, and without prejudice as to the
2  claims, if any, of putative class members. The Clerk shall close this file.
3       IT IS SO STIPULATED.

Dated: August 21, 2015                                      MCGUIRE LAW, P.C.

                                                            By: /s/ Evan M. Meyers
                                                                Evan M. Meyers (*pro hac vice*)

                                                            *Attorneys for Plaintiff Glen Harnish
                                                            and the Putative Class*

Dated: August 21, 2015                                      FENWICK & WEST LLP

                                                            By: /s/ Tyler G. Newby
                                                                Tyler G. Newby
                                                                (*via email authorization*)

                                                            *Attorneys for Defendant
                                                            Frankly Co.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2015, I caused the foregoing *Joint Stipulation of Case Dismissal* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party:

Tyler G. Newby
tnewby@fenwick.com
Angel Chiang
achiang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Bradley T. Meissner
bmeissner@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101

/s/  Evan M. Meyers